# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 12, 2009

Charles R. Fulbruge III
Clerk

No. 08-31170

In Re: In the Matter of the Complaint of: KIRBY INLAND MARINE LP,
as demise charterer of the T/B Kirby 7304, Petitioning for Exoneration
from or Limitation of Liability

_____

REBECCA A. CUNARD,

Appellant

v.

DONNA UNKEL GRODNER; STEPHEN M. IRVING,

Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:04-CV-611

Before REAVLEY, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

After review of the briefs and record, and consideration of oral argument,

we conclude that the magistrate judge thoroughly considered the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

recommendation made by the lead attorneys, fairly considered the objections thereto, and committed no reversible error in his decision. We AFFIRM.